Certificate Number: 20611-PAW-DE-037964310

Bankruptcy Case Number: 23-22438



20611-PAW-DE-037964310

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2023, at 3:48 o'clock PM EST, Charles V Schmitt Jr completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  November 24, 2023

By:  /s/Kathleen B Mills

Name:  Kathleen B Mills

Title:  TEN Financial Educator